## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Courtney Carle, et al.

                         Plaintiff,

v.                                                           Case No.: 1:17−cv−00966
                                                              Honorable John Robert Blakey

Otsuka Holdings Co., Ltd., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 29, 2019:

      MINUTE entry before the Honorable John Robert Blakey: Pursuant to the notice of voluntary dismissal [35], this case is hereby dismissed with prejudice as to the Relators and without prejudice as to the United States. The United States' motion to dismiss [30] is denied as moot. All set dates are stricken. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.